KEVIN KERVENG TUNG, P.C., Appellant, v JP MORGAN CHASE & Co. et al., Respondents.

Submitted September 9, 2013; decided October 22, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

CONSTANTINE KORELIS, Appellant, v CONRIV REALTY CORP., Respondent.

Decided October 22, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (see CPLR 5601).

In the Matter of JUAN C. LARA, Respondent, v MICHELLE B. SULLIVAN, Appellant.

Submitted August 19, 2013; decided October 22, 2013

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order as affirmed that part of Family Court's order adjudging appellant in civil contempt for violating a prior custody order, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.